GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400
*Attorney for Defendant DataX, Ltd.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JAMES MOLINARO,<br><br>                     Plaintiff,<br><br>vs.<br><br>DATAX, LTD,<br><br>                     Defendant. | Case No. 2:21-cv-02142-JCM-EJY<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT DATAX, LTD TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant DataX, Ltd. ("DataX") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that DataX's time to answer, move or otherwise respond to the Complaint in this action is extended from December 24, 2021 through and including **January 24, 2022**.  The request was made by DataX so that it can have an opportunity to collect and review its internal

. . .

. . .

. . .

. . .

1  files pertaining to the allegations in the Complaint, and Plaintiff approves.  This stipulation is filed
2  in good faith and not intended to cause delay.
3         Respectfully submitted, this 16TH day of November, 2021.

5  CLARK HILL PLLC                                    **_No opposition_**

6  By: /s/*Gia N. Marina*                             By: /s/*David H. Krieger*
   GIA N. MARINA                                      David H. Krieger, Esq.
7  Nevada Bar No. 15276                               Nevada Bar No. 9086
   3800 Howard Hughes Drive, Suite 500                Shawn Miller, Esq.
8  Las Vegas, Nevada  89169                           Nevada Bar No. 7825
   E-mail: gmarina@clarkhill.com                      KRIEGER LAW GROUP, LLC
9  Telephone:  (702) 862-8300                         2850 W. Horizon Ridge Blvd., Suite 200
   Facsimile:  (702) 862-8400                         Henderson, NV 89052
10 *Attorney for Defendant*                           Phone: (702) 848-3855
   *DataX, Ltd.*                                      Fax: (702) 385-5518
11                                                    Email: dkrieger@kriegerlawgroup.com
12                                                    Email: smiller@kriegerlawgroup.com
13                                                    *Attorneys for Plaintiff*

18  IT IS SO ORDERED:

20  _____
    United States Magistrate Judge

21  DATED:  December 16, 2021

- 2 -