David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
5502 S. Fort Apache Road, Suite 200
Las Vegas, Nevada 89148
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,
*James Molinaro*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES MOLINARO,<br><br>        Plaintiff(s),<br><br>vs.<br><br>DATAX, LTD,<br><br>        Defendant(s). | Case No.: 2:21-cv-02142-JCM-EJY<br><br>**STIPULATION AND ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST DATAX, LTD., WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between James Molinaro ("Plaintiff") and DataX, Ltd ("Defendant" or "DataX"), collectively the "Parties," by and through their respective counsel of record, that Plaintiff's claims and causes of action against DataX are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41 (a)(2) and the Parties request that the case be closed.

IT IS HEREBY FURTHER STIPULATED that the Parties shall bear their own attorney's fees, costs, and expenses.

STIPULATED and DATED on October 17, 2022.

/s/ Shawn W. Miller
David H. Krieger, Esq.
Shawn W. Miller, Esq.
KRIEGER LAW GROUP, LLC
5502 S. Fort Apache Road,
Suite 200
Las Vegas, Nevada 89148

Attorneys for Plaintiffs
**James Molinaro**

/s/ Gia N. Marina
Gia N. Marina, Esq.
CLARK HILL PLLC
3800 Howard Hughes Drive
Suite 500
Las Vegas, Nevada 89169

Attorneys for Defendant
**DataX, Ltd.**

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: October 21, 2022